

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| IN THE MATTER OF THE UNITED STATES' APPLICATION FOR A WARRANT TO INSTALL A VEHICLE TRACKING DEVICE ON A SILVER 2004 DODGE CARAVAN, BEARING CA LICENSE PLATE NUMBER 7SDE909, REGISTERED TO MICHAEL ANTHONY VICOCHEA AT 1579 165TH AVE., APT. 10 IN SAN LEANDRO, CA 94578 | CASE NO.<br><br>[~~PROPOSED~~] SEALING ORDER<br><br>**FILE UNDER SEAL** |

For GOOD CAUSE SHOWN, it is hereby ordered that the United States' Motion to Seal, this Order, the United States' Application and Affidavit in Support of Application for Vehicle Tracker Warrant, the Order Granting the United States' Application, the Warrant thereon, and all other related papers in the above-referenced matter be filed under seal until further Order of this Court. Endorsed filed copies shall be provided to the United States Attorney's Office and the Drug Enforcement Administration, and they shall be permitted to serve working copies on Special Agents and other investigative and law enforcement officers of the DEA, federally deputized state and local law enforcement officers, and other government and contract personnel acting under the supervision of such investigative or law enforcement officers, as necessary to effectuate the Court's Order.

SO ORDERED.

Date: April 27, 2016

Hon. EDMUND F. BRENNAN
United States Magistrate Judge