1  PHILLIP A. TALBERT
   Acting United States Attorney
2  TIMOTHY H. DELGADO
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900

6  Attorneys for Plaintiff
   United States of America



IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

2:16-SW-0505    EFB

| IN THE MATTER OF THE UNITED STATES' APPLICATION FOR A WARRANT AUTHORIZING THE INSTALLATION AND MONITORING OF A TRACKING DEVICE IN OR ON A SILVER 2004 DODGE CARAVAN, BEARING CALIFORNIA LICENSE PLATE NUMBER 7SDE909, REGISTERED TO MICHAEL ANTHONY VICOCHEA AT 1579 165TH AVENUE, APT. 10 IN SAN LEANDRO, CA 94578 | CASE NO.<br><br>[PROPOSED] ORDER<br><br>**UNDER SEAL** |
|---|---|

The United States has represented that there exists an ongoing investigation into the narcotics and money laundering activities of the parties named in the application and order, signed April 27, 2016, which authorized agents of the Drug Enforcement Administration (DEA) to install and monitor a tracking device in or on a silver 2004 Dodge Caravan, bearing CA license plate number 7SDE909, registered to Michael Anthony Vicochea at 1579 165th Ave., Apt. 10 in San Leandro, CA 94578, (the "TARGET VEHICLE"), for a period of 45 days.

The government has further represented that service of the notice required by Federal Rules of Criminal Procedure 41(f)(2)(C) would compromise the ongoing investigation by disclosing its existence to the targets.

Therefore, THE COURT HEREBY ORDERS that the time within which the United States shall be required to serve the notice shall be postponed for 90 days from the date of this Order.

1  Should the United States seek further postponement of the time within which it must serve the
2  notice, it shall make further application to this Court.
3  IT IS SO ORDERED.

Dated: 6/10/16

Hon. Allison Claire
U.S. MAGISTRATE JUDGE