1  PHILLIP A. TALBERT
   United States Attorney
2  TIMOTHY H. DELGADO
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7

**FILED**

DEC 3 0 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

8           IN THE UNITED STATES DISTRICT COURT FOR THE
9                    EASTERN DISTRICT OF CALIFORNIA
10

| 11 | IN THE MATTER OF THE UNITED STATES' APPLICATION FOR A SEARCH WARRANT CONCERNING: | CASE NO. 2:16-SW-0505-EFB |
|----|---|---|
| 12 | | [PROPOSED] ORDER TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT |
| 13 | A SILVER 2004 DODGE CARAVAN, BEARING CA LICENSE PLATE NUMBER 7SDE909, REGISTERED TO MICHAEL ANTHONY VICOCHEA AT 1579 165TH AVE., APT. 10 IN SAN LEANDRO, CA 94578 | |

16
17     Upon application of the United States of America and good cause having been shown,
18     IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby
19  ordered unsealed.
20
21  Dated:  12/29/16                    _____
                                        Hon. Allison Claire
22                                      United States Magistrate Judge

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANT